IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYLE OWEN BRENNAN,<br><br>*Defendant.* | Case No. 1:26-MJ-444<br><br>**UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT AND AN ARREST WARRANT**

I, Stacy E. Shahrani, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and I have been so employed since 2008. As part of my duties as a Special Agent, I am assigned to investigate violations of federal law, including the online sexual exploitation of children. This includes violations pertaining to illegal possession, receipt, distribution, transmission, advertisement, and production of material depicting the sexual exploitation of minors. I have training and experience in the enforcement of the laws of the United States, including the preparation, presentation, and service of subpoenas, affidavits, criminal complaints, search warrants, and arrest warrants. As a federal agent, I am authorized to investigate violations of laws of the United States and, as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

2. I also have training and experience in the area of child pornography and child exploitation, and I have had the opportunity to observe and review numerous examples of child

pornography (as defined in 18 U.S.C. § 2252), including computer media. Through my experience and training, I can typically identify child pornography when I see it.

3. The facts and information in this affidavit are based upon information that I obtained during this investigation and information that has been provided to me by other law enforcement sources. This affidavit is intended to show simply that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. I submit this affidavit in support of a criminal complaint and arrest warrant charging KYLE OWEN BRENNAN ("BRENNAN"), a resident of Warrenton, Virginia, in the Eastern District of Virginia, with a violation of 18 U.S.C. § 2252A(a)(1) & (b)(1) (transportation of child pornography).

## SUMMARY OF PROBABLE CAUSE

### A. The Adobe CyberTipline Reports

13. In April and June 2024, Adobe submitted two CyberTipline Reports – #191100092 and #195863755 – to NCMEC[1] regarding the use of Adobe account mqst4jbhwg@privaterelay[at]appleid.com (later determined to belong to BRENNAN) to upload suspected child sexual abuse material ("CSAM") to the user's Adobe account.

14. According to CyberTipline Report #19110092, on or about April 7, 2024,

[1] Based on my training and experience, I know that NCMEC is a non-profit 501(c)(3) organization that serves as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited children. NCMEC operates a CyberTipline and Child Victim Identification program. Through the Cyber Tipline, Internet Service Providers (ISPs), Electronic Service Providers (ESPs) (including Google), and individual persons can notify NCMEC of online child sexual abuse images. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement agencies. Each CyberTipline Report is associated with a particular report number.

mqst4jbhwg@privaterelay[at]appleid.com used IP address 73.99.138.215 to upload a file named "file_Mix 46.PSXC" ("File-1"), which appeared to depict child pornography.

15. Adobe further reported that the name associated with the mqst4jbhwg@privaterelay[at]appleid.com Adobe account was Kyle BRENNAN. According to their CyberTipline Report, Adobe viewed the entire contents of File-1 before they provided it to NCMEC. Further, according to the CyberTipline Report, NCMEC also reviewed File-1 and characterized it as depicting the lascivious exhibition of a pubescent minor.

16. According to CyberTipline Report #195863755, on April 7, 2024, the mqst4jbhwg@privaterelay[at]appleid.com Adobe account uploaded two additional files to the Adobe account, including "rendition-_Mix 46.PSXC" ("File-2") and "file_Mix 46.PSXC" ("File-3")[2]. Adobe did not report whether they had reviewed File-2, but according to the CyberTipline Report they reviewed File-3, which according to Adobe appeared consistent with CSAM. NCMEC also reviewed File-3 and classified it as depicting the lascivious exhibition of the pubescent minor.

17. On or about November 12, 2026, the Honorable William E. Fitzpatrick authorized a warrant to review both NCMEC CyberTipline Reports, including the three files depicting suspected child pornography.

18. File-1 appears to be a morphed image, combining the face of a minor girl (later identified as "MV1") and the naked body of a different minor girl. The focus of the image is the minor's genitals, which are pushed forward toward the camera. The girl whose body is shown in the image appears to be in the early stages of puberty; she appears to have breast buds and no pubic

[2] Despite sharing the same file title, File-1 and File-3 appear to be unique files based on their different MD5 hash values, as reflected in the two CyberTipline Reports. Based on my training and experience, I know that images with different hash values contain at least one pixel that is different between them.

hair. File -2 and File-3 visually depict the same content although they are separate files with different MD5 hash values.

**B. The State Investigation**

19. Based on geo-location data provided by Adobe, NCMEC ultimately provided the two CyberTipline Reports to the Warrenton Police Department (WPD), which then opened an investigation.

20. According to records WPD obtained from Comcast, the IP address used to upload the suspected child pornography files to Adobe was registered to Kyle BRENNAN at an address in Warrenton, Virginia. WPD forwarded the information and results of their investigation to the Fauquier County Sherriff's Office (FCSO) for further investigation.

21. In July 2024, FCSO identified MV1, who was depicted in File-1, File-2, and File-3. Investigators interviewed MV1's parent, who identified MV1 in a sanitized version of File-1 and confirmed that MV1 was 12 years old.

22. On or about July 24, 2024, FCSO executed state search warrants for BRENNAN's residence in Warrenton and electronic devices on his person for evidence related to Virginia Code Section 18.2-374.1:1 (possession, reproduction, distribution, solicitation and facilitation of child pornography). Among other items seized that day, FCSO seized BRENNAN's iPhone from his person.[3]

23. In or around October 2, 2026, FCSO referred the investigation to the FBI.

[3] According to police reports, FSCO obtained Brennan's iPhone during a traffic stop conducted on July 24, 2024, while BRENNAN was on his way home. The following day, on July 25, 2024, FCSO obtained a search warrant for the iPhone. According to FCSO records, the iPhone remained locked in an FSCO lockbox until the warrant was authorized on July 25, 2024.

**C. The FBI Investigation**

24. In October 2026, pursuant to legal process, Apple Inc. provided records related to mqst4jbhwg[at]privaterelay.appleid.com, the account associated with the Adobe uploads described above. Apple Inc. records showed that the account was registered to Kyle Brennan with a mailing address in Warrenton, Virginia.

25. On or about November 12, 2026, the Honorable William E. Fitzpatrick authorized a warrant to forensically examine BRENNAN's iPhone.

26. On or about November 13, 2026, the FBI reviewed a forensic extraction of data from the iPhone. During the FBI's review of the iPhone the FBI observed approximately 88 images that appeared to depict minor girls, including prepubescent girls, engaged in sexually explicit conduct. For example, an image with an MD5 ending in 3d5218 and a source path ending in 0C4549, depicted what appeared to be an adult male's penis attempting to penetrate the vagina of a toddler. Another image with an MD5 ending in c6120e and a source path ending in CCFCAB3.pdf depicted what appeared to be a fully nude, pubescent minor girl on a locker bench. The girl's wrists and ankles were bound and her mouth was gagged. In conducting a keyword search for downloads, the FBI observed an image with an MD5 ending in 4ae860 and a source path ending in 9156ca.jpg depicting what appeared to be a pubescent minor female with her breasts and vagina exposed to the camera.

27. During the FBI's review of the forensic extraction of the iPhone, the FBI observed evidence that the iPhone belonged to BRENNAN. For example, the iPhone was named "Kyle's iphone (2)" and contained a photo of a Virginia Driver's License for Kyle Brennan, with the same date of birth the FBI knows to belong to BRENNAN.

## CONCLUSION

28. Based on the foregoing, I submit that there is probable cause to believe that on or about April 7, 2024, BRENNAN knowingly transported child pornography using a means or facility of interstate or foreign commerce, in violation of 18 U.S.C. § 2252A(a)(1) & (b)(1).

Respectfully submitted,

Stacy E Shahrani

Stacy Shahrani, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1 by telephone on November 13, 2026:

The Honorable William E. Fitzpatrick
United States Magistrate Judge
Alexandria, Virginia