TYPE OF HEARING: PH/DH
CASE NUMBER: 1:26-mj-444
MAGISTRATE JUDGE: Lindsey R. Vaala
DATE: 11/18/2026
TIME: 2:00pm
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Kyle Owen Brennan

GOVT. ATTY: Lauren Halper

DEFT'S ATTY: James Hundley

DUTY AFPD/CJA: ______

INTERPRETER ______ LANGUAGE ______

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( ) Reappointed ( )

Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( )

Consent to Trial by Magistrate Judge ( )

Govt adduced evidence. Govt called witness #1- Special Agent S. Shahrani. Affidavit entered into evidence as Govt Exhibit #1 without objection. Deft cross examination witness #1. Govt argument as to PC. Deft argument as to PC. Court finds PC. Matter continued for further proceedings before the Grand Jury.
Govt argument as to Detention. Deft arugment for release with conditions. Deft release on PR bond with conditions - GRANTED. Deft remanded to the custody of the USMS until all conditions are met.
Govt request Stay of Conditions of Release - GRANTED. Conditions of Release STAYED until 11/19/20206 at 2:00pm.

Deft recognized to appear at further court date ( )

NEXT COURT APPEARANCE ______ TIME ______

______

In Court Time : 56 minutes