IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYLE OWEN BRENNAN,<br><br>*Defendant.* | Case No. 1:26-MJ-444 |

# ORDER

Upon consideration of the government's Motion for Review and Revocation of Release Order and to Extend Stay of the Release Order Pending Review, and for good cause shown, it is hereby

ORDERED that the motion to extend the stay is GRANTED; it is further

ORDERED that the Order setting conditions of release in the above-captioned matter is hereby STAYED pending further order of this Court and disposition of the government's motion for review of the order.

Date: ____________________
Alexandria, Virginia